456 A.2d 1088

Commonwealth v. Caporello, Appellant.

Petition for Allowance of Appeal
Denied Aug. 4, 1983.

Submitted February 24, 1982. Alvin S. Ackerman, for appellant; Vram Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.